## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, | **INDICTMENT** |
| v. | **CRIMINAL NO.** 25- 434 (PAD) |

**VIOLATIONS**

**[1] JAVIER RELTA-LEBRON,**
(Counts: 1-3, 14, 16, 18, 20, 22, 25-26, 30, 33-34, 37-40, 43, 46-47, 51, 54-55, 58, 60, 62, 69, 72, 80, 83, 85, 90, 93-94, 96)

**[2] HARRY E. MURIEL-FALERO,**
(Counts: 1, 77-78, 81, 100-101, 103-108, 112, 114, 117-119, 123-124, 126-127, 131-132, 136)

**[3] CESAR RODRIGUEZ-NIEVES,**
(Counts: 1-2, 4, 13, 17, 19, 21, 23-24, 98-99, 102)

**[4] 24 MARKETPLACE, INC.,**
(Counts: 1-2, 4, 17, 23-24)

**[5] A LA SILLA LLC,**
(Counts: 1-2, 4, 19, 21)

**[6] RB MARKETPLACE, INC.,**
(Counts: 1-2,4, 23-24)

**[7] HIRAM FIRPI-CRUZ,**
(Counts: 1-2, 4-5, 15, 27-29, 31-32)

**[8] LINEAS DE PUERTO RICO, INC.,**
(Counts: 1-2, 5, 31-32)

**[9] HECTOR J. BAERGA-ORTIZ,**
(Counts: 1-2, 6, 35-36, 41-42, 44-45, 48-50, 52-53, 109-110)

**[10] HIJOLE FOODS BISTRO CORP.,**
(Counts: 1-2, 6, 48-49, 52-53)

**[11] HVP FOODS CORP.,**
(Counts: 1-2, 6, 42, 44-45, 48-49, 52-53)

**[12] BBB FOOD, CORP.,**
(Counts: 1-2, 6, 48-49, 52-53)

**[13] BHV FOOD, CORP.,**
(Counts: 1-2, 6, 35-36, 41)

**[14] VHB FOODS CORP.,**
(Counts: 1-2, 6, 48-49, 52-53)

Count 1: 18 U.S.C. § 1349
   **(Wire Fraud Conspiracy)**

Count 2: 18 U.S.C. § 371
   **(Bribery Conspiracy)**

Count 3: 18 U.S.C. § 666(a)(1)(B)
   **(Federal Program Bribery)**

Counts 4-12: 18 U.S.C. § 666(a)(2)
   **(Federal Program Bribery)**

Counts 13-138: 18 U.S.C. § 1343
   **(Wire Fraud)**

**FORFEITURE**
18 U.S.C. § 982

**ONE-HUNDRED AND THIRTY-
EIGHT COUNTS**

[15] **CARLOS A. RODRIGUEZ-ORTIZ,**
(Counts: 1-2, 7, 56-57)
[16] **RED POINT PIZZA AND**
**RESTAURANT, CORP.,**
(Counts: 1-2, 7, 56-57)
[17] **HECTOR J. MARRERO-MUÑOZ,**
(Counts: 1-2, 8, 59, 61, 63)
[18] **SUPERMARKET HNOS. MUÑOZ INC.,**
(Counts: 1-2, 8, 59, 61, 63)
[19] **SUHAIL PASTRANA-VEGA,**
(Counts: 1-2, 9, 64-68, 70-71, 73, 111, 113,
115-116, 120-122)
[20] **ROLANDO BERGOLLA-HERNANDEZ,**
(Counts: 1, 129-130, 133-135, 137-138)
[21] **RAFAEL A. TEFEL-SANTANA,**
(Counts: 1-2, 10, 74-76, 79, 82, 84)
[22] **GABRIELLE LOPEZ-BERRIOS,**
(Counts: 1-2, 11, 86-89, 91-92, 125, 128)
[23] **G FITNESS & BODY PERFORMANCE**
**LLC,**
(Counts: 1-2, 11, 86, 88-89, 91)
[24] **VEEVO LLC,**
(Counts: 1-2, 11, 87-89, 91)
[25] **PATRIA SILFA-BAEZ,**
(Counts: 1-2, 12, 95, 97)
[26] **PRINT PRO LLC,**
(Counts: 1-2, 12, 95, 97)
Defendants.

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1.    The Puerto Rico Department of Treasury (PRDT, *Departamento de Hacienda de Puerto Rico*) is an agency within the executive department of the government of Puerto Rico established by Article IV, Section 6 of the Puerto Rico Constitution, responsible for the treasury of the Commonwealth of Puerto Rico that received benefits in excess of $10,000 in each one-

year period for the years 2021-2025 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of federal assistance.

2.    Person A was engaged in the business of charging customers to unlawfully submit false tax information to the PRDT and unlawfully bribe and otherwise pay PRDT employees to create and submit materially false information to the PRDT for the elimination of taxes owed, evasion of taxes, and theft of funds by individuals and corporations.

3.    Defendant **[1] JAVIER RELTA-LEBRON** was an employee at the PRDT with duties and responsibilities that included, but were not limited to, physically and electronically accessing and reviewing tax returns and documents related to invoicing and collection of owed taxes. Defendant **[1] JAVIER RELTA-LEBRON** also had privileged employee access to the PRDT's online platform, the Internal Revenue Unified System (GenTax/SURI), and was experienced and able to access, monitor, and modify taxpayer information, including creating taxpayer credits, modifying income tax, employee retention tax and sales tax (*impuesto a las ventas or IVU,* by its Spanish acronym) information.

4.    Defendant **[2] HARRY E. MURIEL-FALERO** was an employee at the PRDT with duties and responsibilities that included, but were not limited to, physically and electronically accessing and reviewing tax returns and documents related to invoicing and collection of owed taxes. Defendant **[2] HARRY E. MURIEL-FALERO** also had privileged employee access to the PRDT's online platform, the Internal Revenue Unified System (GenTax/SURI), and was experienced and able to access, monitor, and modify taxpayer information, including creating taxpayer credits, modifying income tax, employee retention tax and sales tax (*impuesto a las ventas or IVU,* by its Spanish acronym) information.

3

5.    Defendant **[3] CESAR RODRIGUEZ-NIEVES** was a resident of the Commonwealth of Puerto Rico and operated several beverage, food and entertainment businesses in Puerto Rico.

6.    Defendant **[4] 24 MARKETPLACE, INC.** was a domestic for-profit corporation organized under the laws of Puerto Rico on or about July 30, 2012. Defendant **[3] CESAR RODRIGUEZ-NIEVES** was the President and Treasurer and oversaw the company's daily operations and corporate finances.

7.    Defendant **[5] A LA SILLA LLC** was a domestic for-profit limited liability company organized under the laws of Puerto Rico on or about July 12, 2022. Defendant **[3] CESAR RODRIGUEZ-NIEVES** was the President, Treasurer and Secretary and oversaw the company's daily operations and corporate finances.

8.    Defendant **[6] RB MARKETPLACE, INC.** was a domestic for-profit corporation organized under the laws of Puerto Rico on or about March 5, 2013. Defendant **[3] CESAR RODRIGUEZ-NIEVES** was the President and Treasurer and oversaw the corporation's daily operations and corporate finances.

9.    Defendant **[7] HIRAM FIRPI-CRUZ** was a resident of the Commonwealth of Puerto Rico who worked as an accountant for Defendants **[3] CESAR RODRIGUEZ-NIEVES, [4] 24 MARKETPLACE, INC., [5] A LA SILLA LLC, and [6] RB MARKETPLACE, INC.**

10.    Defendant **[8] LINEAS DE PUERTO RICO, INC.** was a domestic for-profit corporation organized under the laws of Puerto Rico on or about August 25, 2014. Defendant **[7] HIRAM FIRPI-CRUZ** was the President, Secretary and Treasurer and oversaw the corporation's daily operations and corporate finances.

4

11.     Defendant **[9] HECTOR J. BAERGA-ORTIZ** was a resident of the Commonwealth of Puerto Rico and owner of several beverage and food businesses.

12.     Defendant **[10] HIJOLE FOODS BISTRO CORP.** was a domestic for-profit corporation organized under the laws of Puerto Rico on or about April 7, 2016. Defendant **[9] HECTOR J. BAERGA-ORTIZ** was the President and Vice President and oversaw the corporation's daily operations and corporate finances.

13.     Defendant **[11] HVP FOODS CORP.** was a domestic for-profit corporation organized under the laws of Puerto Rico on or about August 3, 2017. Defendant **[9] HECTOR J. BAERGA-ORTIZ** was the President, Secretary and Treasurer and oversaw the corporation's daily operations and corporate finances.

14.     Defendant **[12] BBB FOOD, CORP.** was a domestic for-profit corporation organized under the laws of Puerto Rico on or about December 2, 2020. Defendant **[9] HECTOR J. BAERGA-ORTIZ** was the President and Treasurer and oversaw the corporation's daily operations and corporate finances.

15.     Defendant **[13] BHV FOOD, CORP.** was a domestic for-profit corporation organized under the laws of Puerto Rico on or about December 2, 2020. Defendant **[9] HECTOR J. BAERGA-ORTIZ** was the President and Treasurer and oversaw the corporation's daily operations and corporate finances.

16.     Defendant **[14] VHB FOODS CORP.** was a domestic for-profit corporation organized under the laws of Puerto Rico on or about August 31, 2022. Defendant **[9] HECTOR J. BAERGA-ORTIZ** was the President and Vice President and oversaw the corporation's daily operations and corporate finances.

17.     Defendant **[15] CARLOS A. RODRIGUEZ-ORTIZ** was a resident of the Commonwealth of Puerto Rico and owner of a restaurant business.

18.     Defendant **[16] RED POINT PIZZA AND RESTAURANT, CORP.** was a domestic for-profit corporation organized under the laws of Puerto Rico on or about April 7, 2008. Defendant **[15] CARLOS A. RODRIGUEZ-ORTIZ** was the President, Vice President, Secretary and Treasurer and oversaw the corporation's daily operations and corporate finances.

19.     Defendant **[17] HECTOR J. MARRERO-MUÑOZ** was a resident of the Commonwealth of Puerto Rico and co-owner of a supermarket business.

20.     Defendant **[18] SUPERMARKET HNOS. MUÑOZ INC.** was a domestic for-profit corporation organized under the laws of Puerto Rico on or about August 2, 2020. Defendant **[17] HECTOR J. MARRERO-MUÑOZ** was Vice President and oversaw the corporation's daily operations and corporate finances.

21.     Defendant **[19] SUHAIL PASTRANA-VEGA** was a resident of the Commonwealth of Puerto Rico and owner of Legacy HR Consultants LLC, a domestic for-profit limited liability company organized under the laws of Puerto Rico on or about January 10, 2023.

22.     Defendant **[20] ROLANDO BERGOLLA-HERNANDEZ** was a resident of the Commonwealth of Puerto Rico who worked as a car salesman for a luxury car brand in the metropolitan area.

23.     Defendant **[21] RAFAEL A. TEFEL-SANTANA** was a resident of the Commonwealth of Puerto Rico and President of Tefcamp Property LLC, a for-profit limited liability company organized under the laws of Puerto Rico on or about September 21, 2022.

24.     Defendant **[22] GABRIELLE LOPEZ-BERRIOS** was a resident of the Commonwealth of Puerto Rico and business owner working as a personal trainer and nutritional instructor, and in the health food industry.

25.     Defendant **[23] G FITNESS & BODY PERFORMANCE LLC** was a domestic for-profit limited liability company organized under the laws of Puerto Rico on or about May 10, 2019. Defendant **[22] GABRIELLE LOPEZ-BERRIOS** was the President, Secretary and Treasurer and oversaw the company's daily operations and corporate finances.

26.     Defendant **[24] VEEVO LLC** was a domestic for-profit limited liability company organized under the laws of Puerto Rico on or about August 10, 2020. Defendant **[22] GABRIELLE LOPEZ-BERRIOS** was the President and Treasurer and oversaw the company's daily operations and corporate finances.

27.     Defendant **[25] PATRIA SILFA-BAEZ** was a resident of the Commonwealth of Puerto Rico and a business owner.

28.     Defendant **[26] PRINT PRO LLC** was a domestic for-profit limited liability company organized under the laws of Puerto Rico on or about May 24, 2019. Defendant **[25] PATRIA SILFA-BAEZ** was the President and oversaw the company's daily operations and corporate finances.

### Manner and Means of the Conspiracy

29.     The manner and means by which Defendants, and others known and unknown to the Grand Jury, carried out the conspiracy included, but were not limited to, the following:

30.     Defendants, and others known and unknown to the Grand Jury, communicated regularly via interstate wire, including through WhatsApp and Apple iMessage, with Person A

7

to coordinate and accomplish the creation and submission of materially false information to the
PRDT and to deliver payments, for the elimination of taxes owed, evasion of taxes, and theft of
funds.

31.     Defendants **[3] CESAR RODRIGUEZ-NIEVES, [4] 24 MARKETPLACE,
INC., [5] A LA SILLA LLC, [6] RB MARKETPLACE, INC., [7] HIRAM FIRPI-CRUZ,
[8] LINEAS DE PUERTO RICO, INC., [9] HECTOR J. BAERGA-ORTIZ, [10] HIJOLE
FOODS BISTRO CORP., [11] HVP FOODS CORP., [12] BBB FOOD, CORP., [13] BHV
FOOD, CORP., [14] VHB FOODS CORP., [15] CARLOS A. RODRIGUEZ-ORTIZ, [16]
RED POINT PIZZA AND RESTAURANT, CORP., [17] HECTOR J. MARRERO-
MUÑOZ, [18] SUPERMARKET HNOS. MUÑOZ INC., [19] SUHAIL PASTRANA-
VEGA, [21] RAFAEL A. TEFEL-SANTANA, [22] GABRIELLE LOPEZ-BERRIOS, [23]
G FITNESS & BODY PERFORMANCE LLC, [24] VEEVO LLC, [25] PATRIA SILFA-
BAEZ,** and **[26] PRINT PRO LLC** paid money in bribes and kickbacks through Person A to
Defendant **[1] JAVIER RELTA-LEBRON**, as an agent of the PRDT, in exchange for his
performance of official actions in creating and submitting materially false information into the
PRDT's GenTax/SURI system favorable to them for the elimination of taxes owed, evasion of
taxes, and theft of funds.

32.     Defendants **[3] CESAR RODRIGUEZ-NIEVES, [9] HECTOR J. BAERGA-
ORTIZ, [19] SUHAIL PASTRANA-VEGA, [20] ROLANDO BERGOLLA-
HERNANDEZ,** and **[22] GABRIELLE LOPEZ-BERRIOS**, and others known and unknown
to the Grand Jury, paid money to Defendant **[2] HARRY E. MURIEL-FALERO** through
Person A in exchange for creating and submitting to the PRDT materially false tax information

favorable to them and others known to the Grand Jury, for the elimination of taxes owed, evasion of taxes, and theft of funds.

33.     Defendants **[1] JAVIER RELTA-LEBRON** and **[2] HARRY E. MURIEL-FALERO** received the money in checks and/or cash and in person through Person A.

Overt Acts in Furtherance of the Conspiracy

34.     In furtherance of the conspiracy and to achieve the objects of the conspiracy, the following overt acts, among others, were committed by Defendants:

35.     Beginning in or about November 2021, and continuing until in or about April 2025, Defendants **[3] CESAR RODRIGUEZ-NIEVES, [4] 24 MARKETPLACE, INC., [5] A LA SILLA LLC, [6] RB MARKETPLACE, INC., [7] HIRAM FIRPI-CRUZ, [8] LINEAS DE PUERTO RICO, INC., [9] HECTOR J. BAERGA-ORTIZ, [10] HIJOLE FOODS BISTRO CORP., [11] HVP FOODS CORP., [12] BBB FOOD, CORP., [13] BHV FOOD, CORP., [14] VHB FOODS CORP., [15] CARLOS A. RODRIGUEZ-ORTIZ, [16] RED POINT PIZZA AND RESTAURANT, CORP., [17] HECTOR J. MARRERO-MUÑOZ, [18] SUPERMARKET HNOS. MUÑOZ INC., [19] SUHAIL PASTRANA-VEGA, [21] RAFAEL A. TEFEL-SANTANA, [22] GABRIELLE LOPEZ-BERRIOS, [23] G FITNESS & BODY PERFORMANCE LLC, [24] VEEVO LLC, [25] PATRIA SILFA-BAEZ,** and **[26] PRINT PRO LLC** negotiated and paid Defendant **[1] JAVIER RELTA-LEBRON** a portion of the PRDT taxes owed and funds stolen through Person A for each official act performed utilizing Defendant **[1] JAVIER RELTA-LEBRON**'s access to the GenTax/SURI system. Some of those payments occurred as follows:

a. In or about April 2022, when Defendant **[3] CESAR RODRIGUEZ-NIEVES** negotiated and paid Defendant **[1] JAVIER RELTA-LEBRON** a bribe payment in cash through Person A to erase and reduce a tax debt of approximately $17,467.35 for Defendant **[3] CESAR RODRIGUEZ-NIEVES**.

b. From on or about September 23, 2024, to on or about November 27, 2024, when Defendant **[3] CESAR RODRIGUEZ-NIEVES** negotiated and paid Defendant **[1] JAVIER RELTA-LEBRON** a bribe payment of approximately $7,000 in cash through Person A to erase and reduce a tax debt of approximately $57,000 for Defendant **[6] RB MARKETPLACE, INC**.

c. From on or about January 28, 2025, to on or about March 5, 2025, when Defendants **[3] CESAR RODRIGUEZ-NIEVES** and **[7] HIRAM FIRPI-CRUZ** negotiated and paid Defendant **[1] JAVIER RELTA-LEBRON** a bribe payment of approximately $10,000 in cash through Person A to erase and reduce a tax debt of approximately $105,445.76 for Defendants **[4] 24 MARKETPLACE, INC**. and **[6] RB MARKETPLACE, INC**.

d. In or about December 2023, when Defendant **[3] CESAR RODRIGUEZ-NIEVES** negotiated and paid Defendant **[1] JAVIER RELTA-LEBRON** a bribe payment in cash through Person A to erase and reduce a tax debt of approximately $34,347.92 for Defendant **[5] A LA SILLA LLC**.

e. From in or about October 2023, to in or about May 2024, when Defendant **[7] HIRAM FIRPI-CRUZ** negotiated and paid Defendant **[1] JAVIER RELTA-LEBRON** a bribe payment in cash through Person A to erase and reduce a tax debt

of approximately \$413,900.42 for Defendant **[8] LINEAS DE PUERTO RICO, INC.**

f.  From on or about December 20, 2023, to on or about January 2, 2024, when Defendant **[9] HECTOR J. BAERGA-ORTIZ** negotiated and paid Defendant **[1] JAVIER RELTA-LEBRON** bribe payments in cash through Person A to erase and reduce a tax debt of approximately \$31,778.92 for Defendant **[10] HIJOLE FOODS BISTRO CORP.**, \$38,360.63 for Defendant **[11] HVP FOODS CORP.**, \$39,256.87 for Defendant **[12] BBB FOOD, CORP.**, \$19,171.08 for Defendant **[13] BHV FOOD, CORP.**, \$46,564.36 for Defendant **[14] VHB FOODS CORP.**

g.  From on or about July 24, 2024, to on or about January 23, 2025, when Defendant **[9] HECTOR J. BAERGA-ORTIZ** negotiated and paid Defendant **[1] JAVIER RELTA-LEBRON** bribe payments of approximately \$15,000 in cash through Person A to erase and reduce a tax debt of approximately \$58,343.67 for Defendant **[10] HIJOLE FOODS BISTRO CORP.**, \$39,440.24 for Defendant **[11] HVP FOODS CORP.**, \$53,711.10 for Defendant **[12] BBB FOOD, CORP.**, and \$36,712.15 for Defendant **[14] VHB FOODS CORP.**

h.  From on or about September 7, 2023, to on or about February 26, 2025, when Defendant **[15] CARLOS A. RODRIGUEZ-ORTIZ** negotiated and paid Defendant **[1] JAVIER RELTA-LEBRON** bribe payments in cash through Person A to erase and reduce a tax debt of approximately \$33,660.53 for Defendant **[16] RED POINT PIZZA AND RESTAURANT, CORP.**

i.  From on or about January 27, 2025, to on or about February 26, 2025, when
    Defendant **[17] HECTOR J. MARRERO-MUÑOZ** negotiated and paid
    Defendant **[1] JAVIER RELTA-LEBRON** bribe payments of approximately
    $500 in cash through Person A to erase and reduce a tax debt of approximately
    $5,863.14 for Defendant **[18] SUPERMARKET HNOS. MUÑOZ INC.**

j.  From on or about September 11, 2024, to on or about February 20, 2025, when
    Defendant **[19] SUHAIL PASTRANA-VEGA** negotiated and paid Defendant **[1]
    JAVIER RELTA-LEBRON** a bribe payment of approximately $2,000 in cash
    through Person A to erase and reduce a tax debt of approximately $11,269.58 for
    a client of Defendant **[19] SUHAIL PASTRANA-VEGA.**

k.  From on or about September 11, 2024, to on or about October 18, 2024, when
    Defendant **[21] RAFAEL A. TEFEL-SANTANA** negotiated and paid Defendant
    **[1] JAVIER RELTA-LEBRON** a bribe payment of approximately $2,300 in cash
    through Person A to erase and reduce a tax debt of approximately $45,294.25 for
    a client of Defendant **[21] RAFAEL A. TEFEL-SANTANA.**

l.  From on or about November 22, 2021, to on or about April 12, 2023, when
    Defendant **[22] GABRIELLE LOPEZ-BERRIOS** negotiated and paid
    Defendant **[1] JAVIER RELTA-LEBRON** bribe payments in cash through
    Person A to erase and reduce a tax debt of approximately $18,671.84 for Defendant
    **[23] G FITNESS & BODY PERFORMANCE LLC** and **[24] VEEVO LLC.**

m.  From on or about April 17, 2023, to on or about October 5, 2023, when Defendant
    **[25] PATRIA SILFA-BAEZ** negotiated and paid Defendant **[1] JAVIER**

12

RELTA-LEBRON bribe payments in cash through Person A to erase and reduce a tax debt of approximately $47,209.44 for Defendant **[26] PRINT PRO LLC.**

36.   Beginning in or about June 2023, and continuing until in or about December 2024, Defendants **[3] CESAR RODRIGUEZ-NIEVES, [9] HECTOR J. BAERGA-ORTIZ, [19] SUHAIL PASTRANA-VEGA, [20] ROLANDO BERGOLLA-HERNANDEZ,** and **[22] GABRIELLE LOPEZ-BERRIOS** negotiated and paid Defendant **[2] HARRY E. MURIEL-FALERO** a portion of the PRDT taxes owed and funds stolen through Person A for the creation and submission of materially false tax information to the PRDT. Some of those payments occurred as follows:

a.   From on or about December 20, 2023, to on or about March 14, 2024, when Defendant **[3] CESAR RODRIGUEZ-NIEVES** negotiated and coordinated a payment in cash to Defendant **[2] HARRY E. MURIEL-FALERO** through Person A to create and submit materially false information in the tax returns of an acquaintance of Defendant **[3] CESAR RODRIGUEZ-NIEVES** to eliminate or reduce his/her tax debt with the PRDT, resulting in an approximate loss to the PRDT exceeding $457,118.83, of which Defendant **[6] RB MARKETPLACE, INC.** kept a commission fee.

b.   From on or about February 11, 2024, to on or about March 11, 2025, when Defendant **[9] HECTOR J. BAERGA-ORTIZ** negotiated and paid Defendant **[2] HARRY E. MURIEL-FALERO** money through Person A to create and submit materially false information in Defendant **[9] HECTOR J. BAERGA-ORTIZ's** personal tax returns to eliminate or reduce his tax debt with the PRDT and/or

illegally claim a tax refund, resulting in an approximate loss to the PRDT exceeding $70,382.

c. From on or about March 22, 2024, to on or about October 17, 2024, when Defendant **[19] SUHAIL PASTRANA-VEGA** negotiated and paid Defendant **[2] HARRY E. MURIEL-FALERO** money in cash through Person A to create and submit materially false information in the personal tax returns of two of Defendant **[19] SUHAIL PASTRANA-VEGA's** clients to eliminate or reduce tax debts with the PRDT and/or illegally claim a tax refund, resulting in an approximate loss to the PRDT exceeding $19,815.00.

d. From on or about June 27, 2023, to on or about December 12, 2024, when Defendant **[20] ROLANDO BERGOLLA-HERNANDEZ** negotiated and paid Defendant **[2] HARRY E. MURIEL-FALERO** money in cash through Person A to create and submit materially false information in Defendant **[20] ROLANDO BERGOLLA-HERNANDEZ's** personal tax returns to eliminate or reduce his tax debt with the PRDT and/or illegally claim a tax refund, resulting in an approximate loss to the PRDT exceeding $98,601.

e. From on or about April 8, 2024, to on or about April 11, 2024, when Defendant **[22] GABRIELLE LOPEZ-BERRIOS** negotiated and paid Defendant **[2] HARRY E. MURIEL-FALERO** money in cash through Person A to create and submit materially false information in **[22] GABRIELLE LOPEZ-BERRIOS's** personal tax returns to eliminate or reduce tax debts with the PRDT and/or illegally

claim a tax refund, resulting in an approximate loss to the PRDT exceeding $11,192.00.

37.    The illicit payments paid by Defendants **[3] CESAR RODRIGUEZ-NIEVES, [4] 24 MARKETPLACE, INC., [5] A LA SILLA LLC, [6] RB MARKETPLACE, INC., [7] HIRAM FIRPI-CRUZ, [8] LINEAS DE PUERTO RICO, INC., [9] HECTOR J. BAERGA-ORTIZ, [10] HIJOLE FOODS BISTRO CORP., [11] HVP FOODS CORP., [12] BBB FOOD, CORP., [13] BHV FOOD, CORP., [14] VHB FOODS CORP., [15] CARLOS A. RODRIGUEZ-ORTIZ, [16] RED POINT PIZZA AND RESTAURANT, CORP., [17] HECTOR J. MARRERO-MUÑOZ, [18] SUPERMARKET HNOS. MUÑOZ INC., [19] SUHAIL PASTRANA-VEGA, [20] ROLANDO BERGOLLA-HERNANDEZ, [21] RAFAEL A. TEFEL-SANTANA, [22] GABRIELLE LOPEZ-BERRIOS, [23] G FITNESS & BODY PERFORMANCE LLC, [24] VEEVO LLC, [25] PATRIA SILFA-BAEZ, and [26] PRINT PRO LLC** and received by Defendants **[1] JAVIER RELTA-LEBRON** and **[2] HARRY E. MURIEL-FALERO** through Person A in furtherance of the conspiracy helped illegally eliminate the PRDT tax liabilities and obtain illegal tax refunds for Defendants, with a total approximate loss to the PRDT exceeding $3,500,000.

## COUNT ONE
### Conspiracy; Wire Fraud
(Title 18, United States Code, Section 1349)

38.    The Grand Jury re-alleges paragraphs 1 through 37 of this Indictment as though fully set forth herein.

39.    From in or about November 2021, until in or about April 2025, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court, defendants,

15

[1] JAVIER RELTA-LEBRON,
[2] HARRY E. MURIEL-FALERO,
[3] CESAR RODRIGUEZ-NIEVES,
[4] 24 MARKETPLACE, INC.,
[5] A LA SILLA LLC,
[6] RB MARKETPLACE, INC.,
[7] HIRAM FIRPI-CRUZ,
[8] LINEAS DE PUERTO RICO, INC.,
[9] HECTOR J. BAERGA-ORTIZ,
[10] HIJOLE FOODS BISTRO CORP.,
[11] HVP FOODS CORP.,
[12] BBB FOOD, CORP.,
[13] BHV FOOD, CORP.,
[14] VHB FOODS CORP.,
[15] CARLOS A. RODRIGUEZ-ORTIZ,
[16] RED POINT PIZZA AND RESTAURANT, CORP.,
[17] HECTOR J. MARRERO-MUÑOZ,
[18] SUPERMARKET HNOS. MUÑOZ INC.,
[19] SUHAIL PASTRANA-VEGA,
[20] ROLANDO BERGOLLA-HERNANDEZ,
[21] RAFAEL A. TEFEL-SANTANA,
[22] GABRIELLE LOPEZ-BERRIOS,
[23] G FITNESS & BODY PERFORMANCE LLC,
[24] VEEVO LLC,
[25] PATRIA SILFA-BAEZ, and
[26] PRINT PRO LLC,

did knowingly and willfully combine, conspire, and agree with each other and with others known and unknown to the Grand Jury to commit wire fraud in violation of 18 U.S.C. § 1343.

## Purpose of the Conspiracy

40.     The purpose and object of the conspiracy was to devise and intend to devise a scheme and artifice to defraud the PRDT by means of materially false and fraudulent pretenses, representations, and promises, transmitting and causing to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds. The purpose and object of the conspiracy involved violations of 18 U.S.C. § 1343.

16

Manner and Means of the Conspiracy

41.    The allegations set forth in paragraphs 29 through 33 of the Manner and Means of

the Conspiracy are incorporated herein as constituting the manner and means by which the

defendants herein and other co-conspirators sought to achieve the purpose and object of the wire

fraud conspiracy, in violation of 18 U.S.C. §§ 1343 and 1349.

**COUNT TWO**
**Conspiracy; Federal Funds Bribery and Kickbacks**
(Title 18, United States Code, Section 371)

42.    Paragraphs 1 through 37 are re-alleged and incorporated herein by reference, as if

fully set forth herein.

43.    Between in or about November 2021, until in or about April 2025, in the District

of Puerto Rico, and elsewhere within the jurisdiction of this Court, defendants,

[1] JAVIER RELTA-LEBRON,
[3] CESAR RODRIGUEZ-NIEVES,
[4] 24 MARKETPLACE, INC.,
[5] A LA SILLA LLC,
[6] RB MARKETPLACE, INC.,
[7] HIRAM FIRPI-CRUZ,
[8] LINEAS DE PUERTO RICO, INC.,
[9] HECTOR J. BAERGA-ORTIZ,
[10] HIJOLE FOODS BISTRO CORP.,
[11] HVP FOODS CORP.,
[12] BBB FOOD, CORP.,
[13] BHV FOOD, CORP.,
[14] VHB FOODS CORP.,
[15] CARLOS A. RODRIGUEZ-ORTIZ,
[16] RED POINT PIZZA AND RESTAURANT, CORP.,
[17] HECTOR J. MARRERO-MUÑOZ,
[18] SUPERMARKET HNOS. MUÑOZ INC.,
[19] SUHAIL PASTRANA-VEGA,
[21] RAFAEL A. TEFEL-SANTANA,
[22] GABRIELLE LOPEZ-BERRIOS,
[23] G FITNESS & BODY PERFORMANCE LLC,
[24] VEEVO LLC,

**[25] PATRIA SILFA-BAEZ, and**
**[26] PRINT PRO LLC,**

did knowingly and willfully combine, conspire, and agree with each other and with others known and unknown to the Grand Jury to commit offenses against the United States, including federal program bribery, that is, to corruptly give, offer, and agree to give things of value to Defendant **[1] JAVIER RELTA-LEBRON** and others, public officials and agents of PRDT, with the intent of influencing and rewarding Defendant **[1] JAVIER RELTA-LEBRON** and other public officials in connection with any business, transaction, and series of transactions of PRDT valued at $5,000 or more as opportunities arose, that is, the elimination of taxes owed, evasion of taxes, and theft of funds. All in violation of 18 U.S.C. §§ 666(a)(2) and 666(a)(l)(B).

### Purpose of the Conspiracy

44.     The purpose of the conspiracy was for **Defendants [3] CESAR RODRIGUEZ-NIEVES, [4] 24 MARKETPLACE, INC., [5] A LA SILLA LLC, [6] RB MARKETPLACE, INC., [7] HIRAM FIRPI-CRUZ, [8] LINEAS DE PUERTO RICO, INC., [9] HECTOR J. BAERGA-ORTIZ, [10] HIJOLE FOODS BISTRO CORP., [11] HVP FOODS CORP., [12] BBB FOOD, CORP., [13] BHV FOOD, CORP., [14] VHB FOODS CORP., [15] CARLOS A. RODRIGUEZ-ORTIZ, [16] RED POINT PIZZA AND RESTAURANT, CORP., [17] HECTOR J. MARRERO-MUÑOZ, [18] SUPERMARKET HNOS. MUÑOZ INC., [19] SUHAIL PASTRANA-VEGA, [21] RAFAEL A. TEFEL-SANTANA, [22] GABRIELLE LOPEZ-BERRIOS, [23] G FITNESS & BODY PERFORMANCE LLC, [24] VEEVO LLC, [25] PATRIA SILFA-BAEZ, and [26] PRINT PRO LLC** and others known and unknown to the Grand Jury to benefit and enrich themselves by submitting false information to the PRDT as opportunities arose by paying Defendant **[1] JAVIER RELTA-LEBRON**, as an

18

agent of the PRDT, bribes and kickbacks for the creation and submission of false information into the GenTax/SURI system. The false information was submitted to the PRDT to eliminate taxes owed, evade the payment of taxes, steal funds of the PRDT, and otherwise defraud the PRDT.

Manner and Means and Overt Acts of the Conspiracy

45.     The allegations set forth in paragraphs 29 through 37 of the Manner and Means and Overt Acts in Furtherance of the Conspiracy are incorporated herein as constituting the manner and means and overt acts, among others, by which the defendants herein and other co-conspirators sought to achieve the purpose and object of the federal funds bribery conspiracy, in violation of 18 U.S.C. §§ 371 and 666.

**COUNT THREE**<br>**Federal Program Bribery**<br>(Title 18, United States Code, Section 666(a)(l)(B))

46.     Paragraphs 1 through 37 are re-alleged and incorporated herein by reference, as if fully set forth herein.

47.     Between in or about November 2021, until in or about April 2025, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, defendant

**[1] JAVIER RELTA-LEBRON,**

did corruptly solicit, demand, accept, and agree to accept for his own benefit, things of value from **[3] CESAR RODRIGUEZ-NIEVES, [4] 24 MARKETPLACE, INC., [5] A LA SILLA LLC, [6] RB MARKETPLACE, INC., [7] HIRAM FIRPI-CRUZ, [8] LINEAS DE PUERTO RICO, INC., [9] HECTOR J. BAERGA-ORTIZ, [10] HIJOLE FOODS BISTRO CORP., [11] HVP FOODS CORP., [12] BBB FOOD, CORP., [13] BHV FOOD,**

19

CORP., [14] VHB FOODS CORP., [15] CARLOS A. RODRIGUEZ-ORTIZ, [16] RED POINT PIZZA AND RESTAURANT, CORP., [17] HECTOR J. MARRERO-MUÑOZ, [18] SUPERMARKET HNOS. MUÑOZ INC., [19] SUHAIL PASTRANA-VEGA, [21] RAFAEL A. TEFEL-SANTANA, [22] GABRIELLE LOPEZ-BERRIOS, [23] G FITNESS & BODY PERFORMANCE LLC, [24] VEEVO LLC, [25] PATRIA SILFA-BAEZ, and [26] PRINT PRO LLC, namely: money, intending to be influenced and rewarded in connection with a transaction and series of transactions of the PRDT that involved $5,000.00 or more, that is the elimination of the PRDT taxes owed, evasion of taxes, and theft of funds. All in violation of 18 U.S.C. § 666(a)(l)(B).

## COUNT FOUR
### Federal Program Bribery
(Title 18, United States Code, Section 666(a)(2))

48. Paragraphs 1 through 37 are re-alleged and incorporated herein by reference, as if fully set forth herein.

49. Between in or about December 2021, until in or about March 2025, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, defendants

[3] CESAR RODRIGUEZ-NIEVES,
[4] 24 MARKETPLACE, INC.,
[5] A LA SILLA LLC,
[6] RB MARKETPLACE, INC., and
[7] HIRAM FIRPI-CRUZ,

did corruptly give, offer, and agree to give a thing of value, namely: money, to Defendant [1] JAVIER RELTA-LEBRON, with the intent to influence and reward Defendant [1] JAVIER RELTA-LEBRON, in connection with a transaction and a series of transactions of the PRDT

that involved $5,000.00 or more, that is the elimination of the PRDT taxes owed, evasion of taxes, and theft of funds. All in violation of 18 U.S.C. § Section 666(a)(2).

## COUNT FIVE
### Federal Program Bribery
(Title 18, United States Code, Section 666(a)(2))

50.     Paragraphs 1 through 37 are re-alleged and incorporated herein by reference, as if fully set forth herein.

51.     Between in or about October 2023, until in or about May 2024, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, defendants

### [7] HIRAM FIRPI-CRUZ, and
### [8] LINEAS DE PUERTO RICO, INC.,

did corruptly give, offer, and agree to give a thing of value, namely: money, to Defendant **[1] JAVIER RELTA-LEBRON**, with the intent to influence and reward Defendant **[1] JAVIER RELTA-LEBRON**, in connection with a transaction and a series of transactions of the PRDT that involved $5,000.00 or more, that is the elimination of the PRDT taxes owed, evasion of taxes, and theft of funds. All in violation of 18 U.S.C. § Section 666(a)(2).

## COUNT SIX
### Federal Program Bribery
(Title 18, United States Code, Section 666(a)(2))

52.     Paragraphs 1 through 37 are re-alleged and incorporated herein by reference, as if fully set forth herein.

53.     Between in or about March 2022, until in or about April 2025, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, defendants

### [9] HECTOR J. BAERGA-ORTIZ,
### [10] HIJOLE FOODS BISTRO CORP.,
### [11] HVP FOODS CORP.,

**[12] BBB FOOD, CORP.,**
**[13] BHV FOOD, CORP., and**
**[14] VHB FOODS CORP.,**

did corruptly give, offer, and agree to give a thing of value, namely: money, to Defendant **[1]**

**JAVIER RELTA-LEBRON**, with the intent to influence and reward Defendant **[1] JAVIER**

**RELTA-LEBRON**, in connection with a transaction and a series of transactions of the PRDT

that involved $5,000.00 or more, that is the elimination of the PRDT taxes owed, evasion of

taxes, and theft of funds. All in violation of 18 U.S.C. § Section 666(a)(2).

<u>**COUNT SEVEN**</u>
**Federal Program Bribery**
(Title 18, <u>United States Code</u>, Section 666(a)(2))

54.     Paragraphs 1 through 37 are re-alleged and incorporated herein by reference, as if

fully set forth herein.

55.     Between in or about September 2023, until in or about February 2025, in the

District of Puerto Rico and elsewhere within the jurisdiction of this Court, defendants

**[15] CARLOS A. RODRIGUEZ-ORTIZ, and**
**[16] RED POINT PIZZA AND RESTAURANT, CORP.,**

did corruptly give, offer, and agree to give a thing of value, namely: money, to Defendant **[1]**

**JAVIER RELTA-LEBRON**, with the intent to influence and reward Defendant **[1] JAVIER**

**RELTA-LEBRON**, in connection with a transaction and a series of transactions of the PRDT

that involved $5,000.00 or more, that is the elimination of the PRDT taxes owed, evasion of

taxes, and theft of funds. All in violation of 18 U.S.C. § Section 666(a)(2).

## COUNT EIGHT
### Federal Program Bribery
(Title 18, United States Code, Section 666(a)(2))

56.     Paragraphs 1 through 37 are re-alleged and incorporated herein by reference, as if fully set forth herein.

57.     Between in or about November 2021, until in or about February 2025, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, defendants

### [17] HECTOR J. MARRERO-MUÑOZ, and
### [18] SUPERMARKET HNOS. MUÑOZ INC.,

did corruptly give, offer, and agree to give a thing of value, namely: money, to Defendant **[1] JAVIER RELTA-LEBRON**, with the intent to influence and reward Defendant **[1] JAVIER RELTA-LEBRON**, in connection with a transaction and a series of transactions of the PRDT that involved $5,000.00 or more, that is the elimination of the PRDT taxes owed, evasion of taxes, and theft of funds. All in violation of 18 U.S.C. § Section 666(a)(2).

## COUNT NINE
### Federal Program Bribery
(Title 18, United States Code, Section 666(a)(2))

58.     Paragraphs 1 through 37 are re-alleged and incorporated herein by reference, as if fully set forth herein.

59.     Between in or about July 2022, until in or about February 2025, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, defendant

### [19] SUHAIL PASTRANA-VEGA,

did corruptly give, offer, and agree to give a thing of value, namely: money, to Defendant **[1] JAVIER RELTA-LEBRON**, with the intent to influence and reward Defendant **[1] JAVIER RELTA-LEBRON**, in connection with a transaction and a series of transactions of the PRDT

that involved $5,000.00 or more, that is the elimination of the PRDT taxes owed, evasion of taxes, and theft of funds. All in violation of 18 U.S.C. § Section 666(a)(2).

**COUNT TEN**
**Federal Program Bribery**
(Title 18, United States Code, Section 666(a)(2))

60.    Paragraphs 1 through 37 are re-alleged and incorporated herein by reference, as if fully set forth herein.

61.    Between in or about March 2023, until in or about October 2024, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, defendant

**[21] RAFAEL A. TEFEL-SANTANA,**

did corruptly give, offer, and agree to give a thing of value, namely: money, to Defendant **[1] JAVIER RELTA-LEBRON**, with the intent to influence and reward Defendant **[1] JAVIER RELTA-LEBRON**, in connection with a transaction and a series of transactions of the PRDT that involved $5,000.00 or more, that is the elimination of the PRDT taxes owed, evasion of taxes, and theft of funds. All in violation of 18 U.S.C. § Section 666(a)(2).

**COUNT ELEVEN**
**Federal Program Bribery**
(Title 18, United States Code, Section 666(a)(2))

62.    Paragraphs 1 through 37 are re-alleged and incorporated herein by reference, as if fully set forth herein.

63.    Between in or about November 2021, until in or about April 2023, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, defendant

**[22] GABRIELLE LOPEZ-BERRIOS,**
**[23] G FITNESS & BODY PERFORMANCE LLC, and**
**[24] VEEVO LLC,**

24

did corruptly give, offer, and agree to give a thing of value, namely: money, to Defendant **[1]**

**JAVIER RELTA-LEBRON**, with the intent to influence and reward Defendant **[1] JAVIER**

**RELTA-LEBRON**, in connection with a transaction and a series of transactions of the PRDT

that involved $5,000.00 or more, that is the elimination of the PRDT taxes owed, evasion of

taxes, and theft of funds. All in violation of 18 U.S.C. § Section 666(a)(2).

**COUNT TWELVE**
**Federal Program Bribery**
(Title 18, United States Code, Section 666(a)(2))

64.    Paragraphs 1 through 37 are re-alleged and incorporated herein by reference, as if

fully set forth herein.

65.    Between in or about April 2023, until in or about October 2023, in the District of

Puerto Rico and elsewhere within the jurisdiction of this Court, defendant

**[25] PATRIA SILFA-BAEZ, and**
**[26] PRINT PRO LLC,**

did corruptly give, offer, and agree to give a thing of value, namely: money, to Defendant **[1]**

**JAVIER RELTA-LEBRON**, with the intent to influence and reward Defendant **[1] JAVIER**

**RELTA-LEBRON**, in connection with a transaction and a series of transactions of the PRDT

that involved $5,000.00 or more, that is the elimination of the PRDT taxes owed, evasion of

taxes, and theft of funds. All in violation of 18 U.S.C. § Section 666(a)(2).

## COUNTS THIRTEEN THROUGH ONE-HUNDRED AND THIRTY-EIGHT
### Wire-Fraud
(Title 18, United States Code, Sections 1343)

66.     Paragraphs 1 through 37 are re-alleged and incorporated herein by reference, as if fully set forth herein.

67.     From in or about November 2021, until in or about April 2025, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, defendants,

[1] JAVIER RELTA-LEBRON,
[2] HARRY E. MURIEL-FALERO,
[3] CESAR RODRIGUEZ-NIEVES,
[4] 24 MARKETPLACE, INC.,
[5] A LA SILLA LLC,
[6] RB MARKETPLACE, INC.,
[7] HIRAM FIRPI-CRUZ,
[8] LINEAS DE PUERTO RICO, INC.,
[9] HECTOR J. BAERGA-ORTIZ,
[10] HIJOLE FOODS BISTRO CORP.,
[11] HVP FOODS CORP.,
[12] BBB FOOD, CORP.,
[13] BHV FOOD, CORP.,
[14] VHB FOODS CORP.,
[15] CARLOS A. RODRIGUEZ-ORTIZ,
[16] RED POINT PIZZA AND RESTAURANT, CORP.,
[17] HECTOR J. MARRERO-MUÑOZ,
[18] SUPERMARKET HNOS. MUÑOZ INC.,
[19] SUHAIL PASTRANA-VEGA,
[20] ROLANDO BERGOLLA-HERNANDEZ,
[21] RAFAEL A. TEFEL-SANTANA,
[22] GABRIELLE LOPEZ-BERRIOS,
[23] G FITNESS & BODY PERFORMANCE LLC,
[24] VEEVO LLC,
[25] PATRIA SILFA-BAEZ, and
[26] PRINT PRO LLC,

did devise and intend to devise a scheme and artifice to defraud the PRDT and obtain approximately over $3,500,000 in money and property by means of materially false and fraudulent pretenses, representations, and promises.

68.     On or about each of the dates set forth below, in the District of Puerto Rico, the

defendants, for the purpose of executing the scheme described above, and attempting to do so,

caused to be transmitted by means of wire communication in interstate commerce the signals

and sounds described below for each count, each transmission constituting a separate count:

| Count | Defendant | On or about | Wire Transmission to Person A |
|-------|-----------|-------------|-------------------------------|
| 13 | **[3] CESAR RODRIGUEZ-NIEVES** | April 11, 2022 | Via iMessage, sent a photograph of the PRDT Certification of Debt for his personal income tax as of April 11, 2022 in the amount of $17,467.35 |
| 14 | **[1] JAVIER RELTA-LEBRON** | April 12, 2022 | Via WhatsApp, sent photograph of the PRDT Certification of Debt for Defendant **[3] CESAR RODRIGUEZ-NIEVES** as of April 12, 2022 for only $45.57 |
| Count | Defendant | On or about | Wire Transmission to Person A |
| 15 | **[7] HIRAM FIRPI-CRUZ** | October 10, 2023 | Via WhatsApp, sent a photograph of the SURI page for Defendant **[6] RB MARKETPLACE, INC.,** showing a tax debt of $13,129.23 |
| 16 | **[1] JAVIER RELTA-LEBRON** | October 19, 2023 | Via WhatsApp, sent a text message in Spanish responding "Done" to a previous text message in Spanish from Person A asking him to take care of the debt for Defendant **[6] RB MARKETPLACE, INC.** |
| 17 | **[3] CESAR RODRIGUEZ-NIEVES, and [4] 24 MARKETPLACE, INC.** | October 27, 2023 | Via WhatsApp, sent a photograph of a check from Defendant **[4] 24 MARKETPLACE, INC.,** payable to Person A in the amount of $3,900.00 |
| 18 | **[1] JAVIER RELTA-LEBRON** | October 27, 2023 | Via WhatsApp, sent a text message in Spanish responding "Ok where should I see you" responding to an earlier message from Person A telling him he had the money for him |
| Count | Defendant | On or about | Wire Transmission to Person A |
| 19 | **[3] CESAR RODRIGUEZ-NIEVES, and [5] A LA SILLA LLC** | March 5, 2024 | Via WhatsApp, sent a photograph of a SURI screen showing IVU debt of $55,574.72 for Defendant **[5] A LA** |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| | | | SILLA LLC |
| 20 | **[1] JAVIER RELTA-LEBRON** | March 5, 2024 | Via WhatsApp, sent a text message in Spanish stating "We are ready" in response to an earlier text message in Spanish from Person A asking him to erase the IVU debt of $55,574.72 for Defendant **[5] A LA SILLA LLC** |
| 21 | **[3] CESAR RODRIGUEZ-NIEVES, and [5] A LA SILLA LLC** | March 15, 2024 | Via iMessage, sent a text message in Spanish stating they could meet on Monday to settle Defendant **[5] A LA SILLA LLC's** business because "I'm without cash because of the national thing" |
| 22 | **[1] JAVIER RELTA-LEBRON** | March 21, 2024 | Via WhatsApp, sent a text message in Spanish stating "on my way" in response to an earlier text message in Spanish from Person A stating he had arrived |
| Count | Defendant | On or about | Wire Transmission to Person A |
| 23 | **[3] CESAR RODRIGUEZ-NIEVES, [4] 24 MARKETPLACE, INC., and [6] RB MARKETPLACE, INC.** | October 2, 2024 | Via WhatsApp, sent a text message in Spanish stating "There you have the two debts, w2 rb and w2 24 plus the tax return of 24" |
| 24 | **[3] CESAR RODRIGUEZ-NIEVES, [4] 24 MARKETPLACE, INC., and [6] RB MARKETPLACE, INC.** | October 10, 2024 | Via WhatsApp, sent a text message in Spanish stating "you haven't told me and the friend?" as a follow up message |
| 25 | **[1] JAVIER RELTA-LEBRON** | October 16, 2024 | Via WhatsApp, sent a text message in Spanish stating "Damn, I would thank you from the bottom of my heart. If I do one for Market can the highest be done?" in response to earlier text messages in Spanish from Person A about getting paid for the deletion or reduction of tax debt for Defendants **[4] 24 MARKETPLACE, INC.** and **[6] RB MARKETPLACE, INC.** |
| 26 | **[1] JAVIER RELTA-LEBRON** | November 20, 2024 | Via WhatsApp, sent a text message in Spanish stating "Out of 68 that was the agreement only 10 remain" in |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| | | | response to text messages in Spanish from Person A to provide evidence of debt deleted or reduced |
| 27 | [7] HIRAM FIRPI-CRUZ | January 28, 2025 | Via WhatsApp, sent a photograph with the SURI page showing tax debt for Defendant [4] 24 MARKETPLACE, INC. for IVU and W2 employee retentions in the amount of $29,175.73 and $30,264.77, respectively |
| 28 | [7] HIRAM FIRPI-CRUZ | January 28, 2025 | Via WhatsApp, sent a photograph with the SURI page showing tax debt for Defendant [4] 24 MARKETPLACE, INC. for income tax in the amount of $5,590.64 |
| 29 | [7] HIRAM FIRPI-CRUZ | January 28, 2025 | Via WhatsApp, sent a photograph with the SURI page showing tax debt for Defendant [6] RB MARKETPLACE, INC. for IVU and W2 employee retentions in the amount of $76,270.03 and $10,543.76, respectively |
| 30 | [1] JAVIER RELTA-LEBRON | February 24, 2025 | Via WhatsApp, sent a text message in Spanish stating "Good morning go into the accounts" in response a previous telephone conversation with Person A |
| Count | Defendant | On or about | Wire Transmission to Person A |
| 31 | [7] HIRAM FIRPI-CRUZ, and [8] LINEAS DE PUERTO RICO, INC. | April 25, 2024 | Via WhatsApp, sent a letter from the PRDT notifying a past due tax debt for Defendant [8] LINEAS DE PUERTO RICO, INC. in the amount of $411,030.87 as of April 23, 2024 |
| 32 | [7] HIRAM FIRPI-CRUZ, and [8] LINEAS DE PUERTO RICO, INC. | May 6, 2024 | Via WhatsApp, sent a text message in Spanish stating "Gmorning! I need to resolve the tax credits" in response to a text message in Spanish from Person A indicating he was at the PRDT |
| 33 | [1] JAVIER RELTA-LEBRON | May 30, 2024 | Via WhatsApp, sent a text message in Spanish stating "The thing that was making you dizzy is gone" in |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| | | | response to earlier messages in Spanish from Person A requesting action on the pending tax debt for Defendant **[8] LINEAS DE PUERTO RICO, INC.** |
| 34 | **[1] JAVIER RELTA-LEBRON** | May 31, 2024 | Via WhatsApp, sent a photograph of a PRDT certification of debt for Defendant **[8] LINEAS DE PUERTO RICO, INC.** now showing a debt in the amount of $665.42 |
| Count | Defendant | On or about | Wire Transmission to Person A |
| 35 | **[9] HECTOR J. BAERGA-ORTIZ, and [13] BHV FOOD, CORP.** | March 1, 2022 | Via WhatsApp, sent a photograph of a PRDT certification of debt letter showing outstanding IVU debt for Defendant **[13] BHV FOOD, CORP.** in the amount of $51,268.07 |
| 36 | **[9] HECTOR J. BAERGA-ORTIZ and [13] BHV FOOD, CORP.** | March 1, 2022 | Via WhatsApp, sent a text message in Spanish stating "I need to work this, call me when you can!" |
| 37 | **[1] JAVIER RELTA-LEBRON** | March 3, 2022 | Via WhatsApp, sent a text message in Spanish stating "Yes it has 70" in response to an earlier text message in Spanish from Person A forwarding the PRDT certificate of debt for Defendant **[13] BHV FOOD, CORP.** |
| 38 | **[1] JAVIER RELTA-LEBRON** | March 3, 2022 | Via WhatsApp, sent a text message in Spanish stating "about 65 can be done" |
| 39 | **[1] JAVIER RELTA-LEBRON** | March 3, 2022 | Via WhatsApp, sent a text message in Spanish stating "Ok" responding to an earlier text message in Spanish from Person A telling him he would ask for $12,000 |
| 40 | **[1] JAVIER RELTA-LEBRON** | March 3, 2022 | Via WhatsApp, sent a photograph of a PRDT certificate of debt letter for Defendant **[13] BHV FOOD, CORP.** indicating it had no pending tax debt |
| 41 | **[9] HECTOR J. BAERGA-ORTIZ, and [13] BHV FOOD, CORP.** | March 6, 2022 | Via WhatsApp, sent a text message in Spanish stating "Good morning! Seriously the $115? Can we settle this at $10k on Tuesday? Beautiful day and thank you in advance! Hug!" in response to earlier text messages in |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| | | | Spanish from Person A providing evidence that there was no tax debt outstanding and asking for his fee |
| 42 | [9] HECTOR J. BAERGA-ORTIZ, and [11] HVP FOODS CORP. | May 31, 2022 | Via WhatsApp, sent a text message in Spanish stating "HVP Foods 66-0884335" |
| 43 | [1] JAVIER RELTA-LEBRON | June 9, 2022 | Via WhatsApp, sent a photograph of a screen showing outstanding debt for Defendant [11] HVP FOODS CORP. |
| 44 | [9] HECTOR J. BAERGA-ORTIZ, and [11] HVP FOODS CORP. | June 9, 2022 | Via WhatsApp, sent a text message in Spanish stating "Full or just the $140" responding to an earlier text message in Spanish from Person A telling him that the Isla Verde was ready |
| 45 | [9] HECTOR J. BAERGA-ORTIZ, and [11] HVP FOODS CORP. | June 21, 2022 | Via WhatsApp, sent a text message in Spanish stating "Are we going to be done with Isla Verde today" |
| 46 | [1] JAVIER RELTA-LEBRON | June 22, 2022 | Via WhatsApp, sent a sent a text message in Spanish stating "Already done jijole what we talked first" |
| 47 | [1] JAVIER RELTA-LEBRON | July 27, 2022 | Via WhatsApp, sent a sent a text message in Spanish stating "Ok let me know how we do it" responding to an earlier text message in Spanish from Person A telling him he had the thing |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| 48 | [9] HECTOR J. BAERGA-ORTIZ, [10] HIJOLE FOODS BISTRO CORP., [11] HVP FOODS CORP., [12] BBB FOOD, CORP., and [14] VHB FOODS CORP. | April 26, 2024 | Via WhatsApp, sent a text message in Spanish stating "On Monday I'll call you to settle the IVU thing, good weekend!" |
| 49 | [9] HECTOR J. BAERGA-ORTIZ, [10] HIJOLE FOODS BISTRO CORP., [11] HVP FOODS CORP., [12] BBB FOOD, CORP., and [14] VHB FOODS CORP. | April 29, 2024 | Via WhatsApp, sent a text message in Spanish stating "Ok I'll send the proposal tomorrow because today I'm complicated" in response to earlier text messages in Spanish from Person A sending him photographs of IVU debt owed by Defendants [10] HIJOLE FOODS BISTRO CORP., |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| | | | [11] HVP FOODS CORP., [12] BBB FOOD, CORP., and [14] VHB FOODS CORP. |
| 50 | [9] HECTOR J. BAERGA-ORTIZ | May 6, 2024 | Via WhatsApp, sent a text message in Spanish stating "This Friday we will start with the payroll deposits as agreed. Beautiful week!" |
| 51 | [1] JAVIER RELTA-LEBRON | May 13, 2024 | Via WhatsApp, sent a text message in Spanish stating "Good day dude the iPhones from Mexico were repaired they are for tomorrow" |
| Count | Defendant | On or about | Wire Transmission to Person A |
| 52 | [9] HECTOR J. BAERGA-ORTIZ, [10] HIJOLE FOODS BISTRO CORP., [11] HVP FOODS CORP., [12] BBB FOOD, CORP., and [14] VHB FOODS CORP. | July 24, 2024 | Via WhatsApp, sent a text message in Spanish stating "Ok we'll talk on Monday am to settle!" in response to an earlier text message in Spanish from Person A with dollar amounts assigned to Defendants [10] HIJOLE FOODS BISTRO CORP., [11] HVP FOODS CORP., [12] BBB FOOD, CORP., and [14] VHB FOODS CORP. |
| 53 | [9] HECTOR J. BAERGA-ORTIZ,[10] HIJOLE FOODS BISTRO CORP., [11] HVP FOODS CORP., [12] BBB FOOD, CORP., and [14] VHB FOODS CORP. | August 5, 2024 | Via WhatsApp, sent a text message in Spanish stating "Were you able to work on it" |
| 54 | [1] JAVIER RELTA-LEBRON | August 6, 2024 | Via WhatsApp, sent a text message in Spanish stating "Already started with the 'cuates' (buddies). And the love comes tomorrow" in response to an earlier text message in Spanish from Person A to do the Mexican because he called yesterday |
| 55 | [1] JAVIER RELTA-LEBRON | August 12, 2024 | Via WhatsApp, sent a text message in Spanish stating "All are already done" |
| Count | Defendant | On or about | Wire Transmission to Person A |
| 56 | [15] CARLOS A. RODRIGUEZ-ORTIZ and [16] RED POINT PIZZA AND | September 8, 2023 | Via WhatsApp, sent a photograph of a PRDT certification of debt letter for Defendant [16] RED POINT PIZZA AND RESTAURANT, CORP. in |

| | RESTAURANT, CORP. | | the amount of $28,230.53 |
|---|---|---|---|
| 57 | **[15] CARLOS A. RODRIGUEZ-ORTIZ and [16] RED POINT PIZZA AND RESTAURANT, CORP.** | September 8, 2023 | Via WhatsApp, sent a text message in Spanish stating "Let me know I'm going to wait for you but I need to resolve it fast because I have the certificate of resale that expired the 31st of August and I don't want problems when they come you know they are hitting from every side" in response to Person A indicating earlier via text message in Spanish that he could work on the pending debt |
| 58 | **[1] JAVIER RELTA-LEBRON** | September 11, 2023 | Via WhatsApp, sent a text message in Spanish stating "the fine will remain" in response to earlier text messages from Person A to take care of the outstanding debt for Defendant **[16] RED POINT PIZZA AND RESTAURANT, CORP.** |
| **Count** | **Defendant** | **On or about** | **Wire Transmission to Person A** |
| 59 | **[17] HECTOR J. MARRERO-MUÑOZ and [18] SUPERMARKET HNOS. MUÑOZ INC.** | February 27, 2023 | Via WhatsApp, sent a photograph of a SURI screen showing a tax debt of $20,736.40 for Defendant **[18] SUPERMARKET HNOS. MUÑOZ INC.** with a text message in Spanish stating "Let me know please" |
| 60 | **[1] JAVIER RELTA-LEBRON** | March 1, 2023 | Via WhatsApp, sent a text message in Spanish stating "the superm is already done" in response to an earlier text message in Spanish from Person A asking him to work on the debt for Defendant **[18] SUPERMARKET HNOS. MUÑOZ INC.** |
| **Count** | **Defendant** | **On or about** | **Wire Transmission to Person A** |
| 61 | **[17] HECTOR J. MARRERO-MUÑOZ, and [18] SUPERMARKET HNOS. MUÑOZ INC.** | May 4, 2023 | Via WhatsApp, sent a photograph of a piece of paper containing handwritten notes with, among other things, the username and password of Defendants **[17] HECTOR J. MARRERO-MUÑOZ and [18] SUPERMARKET HNOS. MUÑOZ INC.** |
| 62 | **[1] JAVIER RELTA-LEBRON** | May 5, 2023 | Via WhatsApp, sent a text message in Spanish stating "Done" in response to |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| | | | an earlier text message in Spanish from Person A asking him to remember the debt for Defendant **[18] SUPERMARKET HNOS. MUÑOZ INC.** |
| 63 | **[17] HECTOR J. MARRERO-MUÑOZ, and [18] SUPERMARKET HNOS. MUÑOZ INC.** | May 6, 2023 | Via WhatsApp, sent a photograph/screenshot of an ATH Movil transaction evidencing a payment of $372 to Person A and a text message in Spanish stating "Thank you" |
| **Count** | **Defendant** | **On or about** | **Wire Transmission to Person A** |
| 64 | **[19] SUHAIL PASTRANA-VEGA** | July 29, 2022 | Via WhatsApp, sent an attachment of a PRDT certificate of debt for a person with the initials J.A.R.S. and a text message in Spanish stating "certificate of debt P1" |
| 65 | **[19] SUHAIL PASTRANA-VEGA** | July 29, 2022 | Via WhatsApp, sent an attachment of a PRDT certificate of debt for a company with the initials P.T.3 Inc. and a text message in Spanish stating "certificate of debt P3" |
| 66 | **[19] SUHAIL PASTRANA-VEGA** | July 29, 2022 | Via WhatsApp, sent an attachment of a PRDT certificate of debt for a company with the initials P.T.2 Inc. and a text message in Spanish stating "certificate of debt P2" |
| 67 | **[19] SUHAIL PASTRANA-VEGA** | July 30, 2022 | Via WhatsApp, sent a text message in Spanish stating "Good day. Perfect. How much would it be?" in response to an earlier message in Spanish from Person A indicating that they were ready and everything would be ready for Wednesday the 3rd. |
| 68 | **[19] SUHAIL PASTRANA-VEGA** | August 1, 2022 | Via WhatsApp, sent a photograph of a check from **[19] SUHAIL PASTRANA-VEGA** dba Legacy HR Consultants payable to Person A in the amount of $50,000 |
| 69 | **[1] JAVIER RELTA-LEBRON** | September 14, 2022 | Via WhatsApp, sent a text message in Spanish stating "I applied a payment of 2000 but it is still pending" |

| | | | |
|---|---|---|---|
| 70 | **[19] SUHAIL PASTRANA-VEGA** | September 14, 2022 | Via WhatsApp, sent a photograph of a handwritten calculation in which she stated she owed Person A $1,103.15 and a text message in Spanish stating "look to see if this is it. I've been at this all afternoon" |
| **Count** | **Defendant** | **On or about** | **Wire Transmission to Person A** |
| 71 | **[19] SUHAIL PASTRANA-VEGA** | September 11, 2024 | Via WhatsApp, sent a photograph of a SURI screen showing tax debt owed by a company with the initials B.BBQ, Inc. for income tax, employee tax retentions and IVU, and a text stating "SURI – B[redacted] BBQ, Inc_balances owed" |
| 72 | **[1] JAVIER RELTA-LEBRON** | September 17, 2024 | Via WhatsApp, sent a photograph of a PRDT certification of debt for the company with the initials B.BBQ, Inc. now indicating it had no tax debt |
| 73 | **[19] SUHAIL PASTRANA-VEGA** | September 17, 2024 | Via WhatsApp, sent a text message in Spanish stating "I will make you the deposit tomorrow. Thank you" in response to earlier text messages in Spanish from Person A showing the company with the initials B.BBQ, Inc. had no outstanding tax debt |
| **Count** | **Defendant** | **On or about** | **Wire Transmission to Person A** |
| 74 | **[21] RAFAEL A. TEFEL-SANTANA** | March 8, 2023 | Via WhatsApp, sent a photograph of a PRDT certificate of debt letter of a person with the initials J.D.P. with an outstanding tax debt in the amount of $232,530.75 |
| 75 | **[21] RAFAEL A. TEFEL-SANTANA** | March 22, 2023 | Via WhatsApp, sent a text message in Spanish stating "I did the most I could, they can fuck themselves, when it happens they will call and I'm not above anyone, when they are fucked they will call, the dentist is the one I want fucked for motherfucker, he is pitching my calls" in response to an earlier text message in Spanish from Person A asking him what they were going to do with the pending clients since there would be foreclosures |
| 76 | **[21] RAFAEL A. TEFEL-SANTANA** | April 18, 2023 | Via WhatsApp, sent a text message in Spanish stating "Remember to send |

| Count | Defendant | On or about | Wire Transmission to Person A |
|-------|-----------|-------------|-------------------------------|
| | | | for the dentist to be visited, I will get you the address of both offices" |
| 77 | [2] HARRY E. MURIEL-FALERO | April 19, 2023 | Via WhatsApp, sent a text message in Spanish stating "If I don't go today I will tomorrow" in response to an earlier text message in Spanish from Person A asking him to let him know |
| 78 | [2] HARRY E. MURIEL-FALERO | April 19, 2023 | Via WhatsApp, sent a photograph of the locked front door of a doctor's office |
| 79 | [21] RAFAEL A. TEFEL-SANTANA | April 27, 2023 | Via WhatsApp, sent a text message in Spanish stating "the dentist just called me that we are going to meet at 4 because the office is full of patients" in response to earlier text messages in Spanish from Person A indicating him that the person was already being approached |
| 80 | [1] JAVIER RELTA-LEBRON | May 2, 2023 | Via WhatsApp, sent a text message in Spanish stating "Done verify it" |
| 81 | [2] HARRY E. MURIEL-FALERO | May 2, 2023 | Via WhatsApp, sent a text message in Spanish stating "yes because these are fuckers and I am using the username of the secretary because I am still without access" in response to an earlier text message in Spanish from Person A asking him to check the system again |
| Count | Defendant | On or about | Wire Transmission to Person A |
| 82 | [21] RAFAEL A. TEFEL-SANTANA | September 11, 2024 | Via WhatsApp, sent a text message in Spanish with the name of a person with the initials G.D.J.R. and a social security number |
| 83 | [1] JAVIER RELTA-LEBRON | September 24, 2024 | Via WhatsApp, sent a text message in Spanish stating "Ok I will let you know soon" in response to an earlier text message in Spanish from Person A telling him to do the thing for the person with the initials G.D.J.R. because it had already been paid |
| 84 | [21] RAFAEL A. TEFEL-SANTANA | October 3, 2024 | Via WhatsApp, sent a text message in Spanish stating "[redacted] good morning, talk to your friend or go to his office so he does something, I |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| | | | need to get rid of this soon I'll start getting calls, try to get him to do something for today so it can be seen that the debt is going down, I will be grateful" |
| 85 | **[1] JAVIER RELTA-LEBRON** | October 3, 2024 | Via WhatsApp, sent a text message in Spanish stating "It was left at 19" meaning $19,000 and in response to a previous text message in Spanish from Person A asking him to deal first with the matter of the person with the initials G.D.J. |
| **Count** | **Defendant** | **On or about** | **Wire Transmission to Person A** |
| 86 | **[22] GABRIELLE LOPEZ-BERRIOS, and [23] G FITNESS & BODY PERFORMANCE LLC** | November 22, 2021 | Via WhatsApp, sent a photograph with the taxpayer information of Defendant **[23] G FITNESS & BODY PERFORMANCE LLC** |
| 87 | **[22] GABRIELLE LOPEZ-BERRIOS, and [24] VEEVO LLC** | November 22, 2021 | Via WhatsApp, sent a photograph with the taxpayer information of Defendant **[24] VEEVO LLC** |
| 88 | **[22] GABRIELLE LOPEZ-BERRIOS, [23] G FITNESS & BODY PERFORMANCE LLC, and [24] VEEVO LLC** | November 22, 2021 | Via WhatsApp, sent a text message in Spanish stating "can you work on this? this week" |
| 89 | **[22] GABRIELLE LOPEZ-BERRIOS, [23] G FITNESS & BODY PERFORMANCE LLC, and [24] VEEVO LLC** | December 7, 2021 | Via WhatsApp, sent a text message in Spanish stating "Yes" in response to an earlier text message in Spanish from Person A asking if he wanted to work the IVU |
| 90 | **[1] JAVIER RELTA-LEBRON** | December 9, 2021 | Via iMessage, sent a text message in Spanish stating "Tell me" in response to having sent earlier the outstanding debt for Defendants **[23] G FITNESS & BODY PERFORMANCE LLC, and [24] VEEVO LLC** |
| 91 | **[22] GABRIELLE LOPEZ-BERRIOS, [23] G FITNESS & BODY PERFORMANCE LLC, and [24] VEEVO LLC** | December 9, 2021 | Via WhatsApp, sent a text message in Spanish stating "Can it be 500 ath movil" in response to earlier communication in Spanish with Person A about payment |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| 92 | [22] GABRIELLE LOPEZ-BERRIOS | November 19, 2022 | Via WhatsApp, sent a text message in Spanish stating "On the personal side I have debt let me know if we can work that" |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| 93 | [1] JAVIER RELTA-LEBRON | April 20, 2023 | Via WhatsApp, sent a text message in Spanish stating "The watch is clear" in response to earlier text messages in Spanish from Person A sending the IVU debt for Defendant [26] PRINT PRO LLC |
| 94 | [1] JAVIER RELTA-LEBRON | April 24, 2023 | Via WhatsApp, sent a text message in Spanish stating "Print pro from Thursday" |
| 95 | [25] PATRIA SILFA-BAEZ and [26] PRINT PRO LLC | April 25, 2023 | Via WhatsApp, sent a text message in Spanish stating "Okey" in response to earlier text messages in Spanish from Person A telling Defendant [25] PATRIA SILFA-BAEZ where his office was located |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| 96 | [1] JAVIER RELTA-LEBRON | October 4, 2023 | Via WhatsApp, sent a photograph of a PRDT certification of debt letter indicating Defendant [26] PRINT PRO LLC did not have any tax debt, in response to earlier text messages in Spanish from Person A asking him to take care of an outstanding debt of $41,962.00 for [26] PRINT PRO LLC |
| 97 | [25] PATRIA SILFA-BAEZ and [26] PRINT PRO LLC | October 4, 2023 | Via WhatsApp, sent a text message in Spanish stating "WOW I DON'T OWE THAT'S FANTASTIC," |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| 98 | [3] CESAR RODRIGUEZ-NIEVES | December 20, 2023 | Via WhatsApp, sent a copy of a PRDT certificate of debt letter for a person with the initials E.R.C. showing outstanding income tax debt of approximately $389,374.50 and a text message in English stating "Debt Certificate" |
| 99 | [3] CESAR RODRIGUEZ-NIEVES | December 20, 2023 | Via WhatsApp, sent a text message in Spanish stating "Let me know how |

| | | | we do this" |
|---|---|---|---|
| 100 | **[2] HARRY E. MURIEL-FALERO** | March 1, 2024 | Via WhatsApp, sent a copy of a PRDT certificate of debt for the person with the initials E.R.C. showing an outstanding income tax debt now of approximately $457,118.83 |
| 101 | **[2] HARRY E. MURIEL-FALERO** | March 6, 2024 | Via WhatsApp, sent a SURI username and password of the person with the initials E.R.C. |
| 102 | **[3] CESAR RODRIGUEZ-NIEVES** | March 7, 2024 | Via WhatsApp, sent a copy of a PRDT certificate of debt for the person with the initials E.R.C. showing an outstanding income tax debt of approximately $253,437.51 and a text message in Spanish stating "It's still here" |
| 103 | **[2] HARRY E. MURIEL-FALERO** | March 7, 2024 | Via WhatsApp, sent a copy of the 2022 income tax return for the person with the initials E.R.C. showing no tax debt and claiming a refund amount of $269.00 |
| 104 | **[2] HARRY E. MURIEL-FALERO** | March 14, 2024 | Via WhatsApp, sent a copy of the PRDT certificate of debt for the person with the initials E.R.C. showing the person had no tax debt outstanding |
| 105 | **[2] HARRY E. MURIEL-FALERO** | March 14, 2024 | Via WhatsApp, sent a text message in Spanish stating "Job done" |
| 106 | **[2] HARRY E. MURIEL-FALERO** | March 14, 2024 | Via WhatsApp, sent a text message in Spanish stating "My work is 100% effective" in response to an earlier text message in Spanish from Person A celebrating the job was done |
| **Count** | **Defendant** | **On or about** | **Wire Transmission to Person A** |
| 107 | **[2] HARRY E. MURIEL-FALERO** | February 11, 2024 | Via WhatsApp, sent a text message in Spanish stating "I'm going to prepare the draft for the first two that you gave me and tomorrow or at night I will file them" |

| 108 | [2] HARRY E. MURIEL-FALERO | February 11, 2024 | Via WhatsApp, sent an attachment of the 2023 income tax returns for [9] HECTOR J. BAERGA-ORTIZ and showing a tax refund amount of $70,382.00 |
| 109 | [9] HECTOR J. BAERGA-ORTIZ | February 15, 2024 | Via WhatsApp, sent a text message in Spanish stating "Already saw them but they are on hold, they release a small portion and in a few days they release the rest...but they are already there! Please confirm what is the percentage for you guys!" in response to earlier text messages in Spanish from Person A telling him the $70,382.00 refund had arrived |
| 110 | [9] HECTOR J. BAERGA-ORTIZ | February 15, 2024 | Via WhatsApp, sent a text message in Spanish stating "I will confirm you tomorrow when I check! I'll call you tomorrow to settle the payment!" in response to earlier text messages in Spanish from Person A telling him $21,114.60 was his amount |
| Count | Defendant | On or about | Wire Transmission to Person A |
| 111 | [19] SUHAIL PASTRANA-VEGA | March 22, 2024 | Via WhatsApp, sent a copy of a PRDT certificate of debt for a person with the initials T.A.T. with an outstanding income tax debt of $4,877.91 and a text message in Spanish stating "Cert. of debt [redacted]" |
| 112 | [2] HARRY E. MURIEL-FALERO | March 24, 2024 | Via WhatsApp, sent a text message in Spanish stating "Ps tomorrow that will be worked on" |
| 113 | [19] SUHAIL PASTRANA-VEGA | March 25, 2024 | Via WhatsApp, sent a copy of a receipt of a check deposit in the amount of $1,463.10 |
| 114 | [2] HARRY E. MURIEL-FALERO | March 25, 2024 | Via WhatsApp, sent a text message in Spanish stating "I have to do it through Taxmania because I couldn't through suri" in response to an earlier text message in Spanish from Person A telling him that it had been paid |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| 115 | [19] SUHAIL PASTRANA-VEGA | June 19, 2024 | Via WhatsApp, sent a photograph of a screen showing a PRDT certificate of debt letter for a person with the initials C.M.V.L. in the amount of $7,177.45 |
| 116 | [19] SUHAIL PASTRANA-VEGA | June 19, 2024 | Via WhatsApp, sent a text message in Spanish stating "Go send it to me clear and I will process the corresponding payment" |
| 117 | [2] HARRY E. MURIEL-FALERO | June 20, 2024 | Via WhatsApp, sent a text message in Spanish stating "Yes the thing that is always done can be done" |
| 118 | [2] HARRY E. MURIEL-FALERO | June 20, 2024 | Via WhatsApp, sent a text message in Spanish stating "Yes go. $2,153" in response to an earlier text message in Spanish from Person A asking him if they should go ahead |
| 119 | [2] HARRY E. MURIEL-FALERO | June 20, 2024 | Via WhatsApp, sent an attachment with a copy of an amended 2023 tax return for the person with the initials C.M.V.L. claiming a tax refund of $4.00 |
| 120 | [19] SUHAIL PASTRANA-VEGA | June 25, 2024 | Via WhatsApp, sent a photograph of a receipt of a check deposit in the amount of $2,153.00 |
| Count | Defendant | On or about | Wire Transmission to Person A |
| 121 | [19] SUHAIL PASTRANA-VEGA | September 23, 2024 | Via WhatsApp, sent an attachment with PRDT tax debt of a person with the initials T.A.T. |
| 122 | [19] SUHAIL PASTRANA-VEGA | September 23, 2024 | Via WhatsApp, sent a text message in Spanish stating "Hello Can it be done?" |
| 123 | [2] HARRY E. MURIEL-FALERO | October 12, 2024 | Via WhatsApp, sent a text message in Spanish stating "Good day already the last person that was worked on all is already done without problems" |
| 124 | [2] HARRY E. MURIEL-FALERO | October 17, 2024 | Via WhatsApp, sent a GPS PIN showing his location in response to earlier text messages in Spanish from Person A asking where he was to meet with him to pay him |

| Count | Defendant | On or about | Wire Transmission to Person A |
|---|---|---|---|
| 125 | **[22] GABRIELLE LOPEZ-BERRIOS** | April 8, 2024 | Via WhatsApp, sent a text message in Spanish stating "Ok, throw it. Will you be there in the afternoon if not I'll stop by the office tomorrow." In response to an earlier text message in Spanish from Person A with an attachment showing an outstanding income tax debt for Defendant **[22] GABRIELLE LOPEZ-BERRIOS** in the amount of $11,192.00 |
| 126 | **[2] HARRY E. MURIEL-FALERO** | April 8, 2024 | Via WhatsApp, sent a text message in Spanish stating "The code again" in response to an earlier text message in Spanish from Person A forwarding the income tax debt for Defendant **[22] GABRIELLE LOPEZ-BERRIOS** in the amount of $11,192.00 |
| 127 | **[2] HARRY E. MURIEL-FALERO** | April 8, 2024 | Via WhatsApp, sent a copy of the 2023 income tax return for Defendant **[22] GABRIELLE LOPEZ-BERRIOS** showing zero income tax debt |
| 128 | **[22] GABRIELLE LOPEZ-BERRIOS** | April 9, 2024 | Via WhatsApp, sent a text message in Spanish stating "Good morning as to 12 to 1 tell me if you'll be there or will stop by later?" in response to an earlier text message in Spanish from Person asking him at what time he would stop by the office |
| Count | Defendant | On or about | Wire Transmission to Person A |
| 129 | **[20] ROLANDO BERGOLLA-HERNANDEZ** | June 27, 2023 | Via WhatsApp, sent an attachment with his W-2 showing a total income of $361,878.29 and 480.7A forms for the year 2022 |
| 130 | **[20] ROLANDO BERGOLLA-HERNANDEZ** | June 27, 2023 | Via WhatsApp, sent a text message in Spanish stating "First account xxx8974" in response to an earlier text message in Spanish from Person A asking him for his bank information for the tax refund |
| 131 | **[2] HARRY E. MURIEL-FALERO** | June 27, 2023 | Via WhatsApp, sent a text message in Spanish stating "Remember to send me the suri" |

| 132 | [2] HARRY E. MURIEL-FALERO | June 27, 2023 | Via WhatsApp, sent an attachment with a copy of an amended 2022 income tax return for Defendant [20] ROLANDO BERGOLLA-HERNANDEZ claiming a refund for $84,609.00 |
|---|---|---|---|
| 133 | [20] ROLANDO BERGOLLA-HERNANDEZ | June 27, 2023 | Via WhatsApp, sent a text message in Spanish stating "Amen" in response to earlier text messages from Person A letting him know the amended 2022 income tax return had been filed |
| 134 | [20] ROLANDO BERGOLLA-HERNANDEZ | July 3, 2023 | Via WhatsApp, sent a text message in Spanish stating "Send me the address location of the office" in response to earlier text messages in Spanish from Person A telling him the income tax had been resolved and he now had a tax credit in the amount of $56,687.00 |
| 135 | [20] ROLANDO BERGOLLA-HERNANDEZ | July 5, 2023 | Via WhatsApp, sent a text message in Spanish stating "Why is mine taking longer? Because of my bank?" in response to earlier text messages in Spanish from Person A telling him tax refund should already be in his bank account |
| **Count** | **Defendant** | **On or about** | **Wire Transmission to Person A** |
| 136 | [2] HARRY E. MURIEL-FALERO | July 6, 2023 | Via WhatsApp, sent attachments with amended tax returns for Defendant [20] ROLANDO BERGOLLA-HERNANDEZ claiming a refund of $42,598 |
| 137 | [20] ROLANDO BERGOLLA-HERNANDEZ | July 6, 2023 | Via WhatsApp, sent a text message in Spanish stating "A hug brother, go Perfect" in response to an earlier text message in Spanish from Person A telling him that his amended 2021 tax return had been filed and that they would talk the next day |
| 138 | [20] ROLANDO BERGOLLA-HERNANDEZ | July 7, 2023 | Via WhatsApp, sent an attachment of a screenshot of his SURI account showing a tax credit of $41,913.00 in response to an earlier text message in Spanish from Person A telling him that his tax refund had been approved |

All in violation of 18 U.S.C. § 1343.

## FORFEITURE ALLEGATION

69.     The allegations contained in Counts One through One-Hundred and Thirty-Eight herein are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(l)(C) and Title 28, United States Code, Section 2461(c).

70.     Pursuant to Title 18; United States Code, Section 98l(a)(l)(C) and Title 28, United States Code, Section 2461(c), upon conviction on any counts from Counts One through One-Hundred and Thirty-Eight charging violations of Title 18, United States Code, Sections 371, 666(a)(l)(B), 666(a)(2), 1343, and 1349, the defendants shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to said violations. The property to be forfeited includes, but is not limited to, an amount of money equal to the proceeds of the offense.

71.     If any of the property described above, as a result of any act or omission of the defendants:

        a.  cannot be located upon the exercise of due diligence;

        b.  has been transferred or sold to, or deposited with, a third party;

        c.  has been placed beyond the jurisdiction of the court;

        d.  has been substantially diminished in value; or

        e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

TRUE BILL,
FOREPERSON

Date: ████

W. STEPHEN MULDROW
United States Attorney

Seth A. Erbe
Assistant U.S. Attorney
Chief, Financial Fraud and
Public Corruption Section

Marie Christine Amy
Assistant United States Attorney

45